# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHAIN DUKA, | : | |
| Petitioner, | : | Civ. No. 13-3665 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner's new counsel entered a notice of appearance on December 18, 2019. (*See* ECF 80). Subsequently, she has requested an extension of time in which to file a supplemental memorandum. (*See* ECF 81). Good cause being shown, the extension request will be granted.

Accordingly, IT IS this 19th day of December, 2019,

ORDERED that petitioner's request for an extension of time to file a supplemental memorandum (ECF 81) is granted; and it is further

ORDERED that petitioner's supplemental memorandum shall be filed no later than February 18, 2020; and it is further

ORDERED that respondent's response shall be filed no later than April 17, 2020; and it is further

ORDERED that petitioner may file a reply no later than May 15, 2020.

    s/Robert B. Kugler
ROEBRT B. KUGLER
United States District Judge