UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____

**SHAIN DUKA,**

                                **NOTICE OF APPEAL**

        v.                           **Civ. No. 13-3665 (RBK)**

**UNITED STATES OF AMERICA,**

      Defendant.
_____

      PLEASE TAKE NOTICE, that Shain Duka hereby appeals to the United States Court of Appeals for the Third Circuit, from the August 6, 2020 Opinion denying Mr. Duka's 2255 Petition, but which granted a Certificate of Appealability on the question of whether the 924(c) conviction should be vacated. Petitioner appeals from each and every part of said Opinion.

      Dated: September 3, 2020.

                                                *Kathy Manley*
                                                Kathy Manley
                                                *Attorney for Petitioner Shain Duka*
                                                NY Bar Roll No. 3935467
                                                26 Dinmore Road
                                                Selkirk, NY 12158
                                                (518) 635-4005 (phone and fax)
                                                mkathy1296@gmail.com